UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DELORES ANN KNIGHT | : | CASE NO. 09-22335 ASD |
|     DEBTOR | : | |
| | : | |
| | : | February 9, 2012 |

### MOTION TO RE-OPEN DISCHARGED BANKRUPTCY CASE

Pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure, the Debtor in the above captioned case respectfully moves the Court to re-open her discharged case for the narrow purpose of attempting to void the judicial lien(s) on her primary residence.

THE DEBTOR
By her Attorney

By_____/s/ Russell Rhea ct-28227_____
Russell Boon Rhea, Esq.
104 Kenyon Street, Hartford, CT 06105
CT Juris No. 428109, Federal Juris No. ct28227
Tel.: (860) 523-4824, Fax: (888) 456-2156
Email: Russell@CtLawyer.WS

### ORDER

The foregoing Motion having been duly considered is hereby Ordered:

**Granted / Denied**

_____
Judge / Clerk

*Sidebar:* Law Offices of Russell Boon Rhea, LLC — 104 Kenyon Street, Hartford, CT 06105 — Phone (860) 523-4824  Fax (888) 456-2156  E: info@CtLawyer.WS

1

## CERTIFICATION OF SERVICE

This 9th day of February 2012, a copy of the foregoing was filed electronically via the Bankruptcy Courts ECF system.

                                                                                         _____428109 /s/ Russell Rhea_____
                                                                                         Russell Rhea, Esq.
                                                                                         Commissioner of the Superior Court

Law Offices of Russell Boon Rhea, LLC
104 Kenyon Street
Hartford, CT 06105
Phone (860) 523-4824  Fax (888) 456-2156  E: info@CtLawyer.WS