**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DELORES ANN KNIGHT | : | CASE NO. 09-22335 ASD |
|     DEBTOR | : | |
| | : | RE: ECF NO. 36 |

**Delores A. Knight**
   Debtor
v.
ST. FRANCIS HOSPITAL & MEDICAL CENTER   :
    CREDITOR                                   :

## ORDER ON MOTION TO AVOID JUDICIAL LIEN
## PURSUANT TO BANKRUPTCY CODE SECTION 522(f)

The Debtor's Motion to Avoid Judicial Lien [hereinafter "the Motion"] (ECF NO. 36), having come on for hearing April 12, 2012, and there being no objection thereto, and it having been represented that:

1) On the date of the commencement of this case, the fair market value of the Debtor's interest in her residence and real property located at 97 West Morningside Street, Hartford, Connecticut [hereinafter "the Property] was $110,000.00;

2) The Debtor is entitled to and could claim, per Bankruptcy Code Section 522(f)(1) and (2)(A), an exemption with respect to the Property under Section 522(b) and Connecticut General Statutes Section 52-352b(t) in the amount of $75,000.00;

3) The unreleased Liens on the Property on the commencement date, all recorded in the City of Hartford Land Record were as follows:

   a. Statutory Lien in favor of the State of Connecticut in an unspecified amount believed to be currently valued at $52,479.27, filed November 3, 1971 and recorded in Volume 1282 at Page 172;

   b. Mortgage in favor of the City of Hartford in the amount of $7,500.00 filed October 14, 1994 and recorded in Volume 3526 at Page 23;

   c. Mortgage in favor of Travelers Bank & Trust, FSB in the amount of $24,774.79 filed December 30, 1999 and recorded in Volume 4190 at Page 102;

   d. Security Mortgage in favor of Fleet Community Development Corporation in the amount of $266,316.00 filed February 29, 2000 and recorded in Volume 4211 at Page 226;

   e. Assignment of Taxes in favor of American Tax Funding in the amount of $2,567.78 filed June 28, 2008 and recorded in Volume 6108 at Page 20; and

   f. The SUBJECT Judgment Lien in favor of St. Francis Hospital and Medical Center in the amount of $2,504.81 filed September 8, 2003 and recorded in Volume 6136 at Page 291.

**NOW THEREFORE IT IS HEREBY ORDERED** that the Motion is **GRANTED** in that the fixing of the following lien on the Property is **AVOIDED** pursuant to Section 522(f) of the U.S. Bankruptcy Code:

<u>The Judgment Lien in favor of St. Francis Hospital and Medical Center in the amount of $2,504.81 filed September 3, 2008 and recorded in Volume 6136 at Page 291.</u>

**Dated: April 12, 2012**                                                                                           BY THE COURT

*Albert S. Dabrowski*
United States Bankruptcy Judge